UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION
CASE NO.: 4:22-cv-00085-MW-MAF

SUSAN BLACKBURN and
KIMBERLEY MILLER, as Co Personal
Representatives of the Estate of Amanda
Mitchell,

    Plaintiffs,

v.

WALT MCNEIL, Sheriff of Leon
County, CORIZON HEALTH, INC.,
RYAN KESSLING and LILLIAN
ARNOLD,

    Defendants.
_____/

## DEFENDANT CORIZON HEALTH, INC.'S
## SUGGESTION OF BANKRUPTCY

Defendant Corizon Health, Inc. ("Corizon") files this Suggestion of Bankruptcy as follows:

On February 15, 2023 Tehum Care Services, Inc. filed a Chapter 11 bankruptcy petition in the bankruptcy division of the United States District Court for the Southern District of Texas. Tehum is the company formerly known as both Corizon Health, Inc. and Corizon, LLC. A copy of the petition is attached as Exhibit "A."

Pursuant to 11 U.S.C. § 362(a), "an automatic stay is created upon the filing

of any bankruptcy petition." *Pinzon v. Vitamins Connection Ctr., Inc.*, No. 06-20265-CIV, 2007 U.S. Dist. LEXIS 100518, 2007 WL 2701102, at *1 (S.D. Fla. Sept. 13, 2007) (citing *Ellison v. Northwest Eng'g Co.*, 707 F.2d 1310, 1311 (11th Cir. 1983) (recognizing that the filing "of a petition under the Bankruptcy Code operates as an automatic stay of 'the commencement or continuation . . . of a judicial, administrative, or other proceeding against the debtor that was or could have been commenced before the commencement of the case under [the bankruptcy code] . . . .'").

The stay of this case was automatic and became effective upon commencement of the bankruptcy case. The undersigned will provide the Court with the status of the bankruptcy case every 120 days.

By:    /s/ Gregg A. Toomey
       Gregg A. Toomey
       Florida Bar No. 159689

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 17th day of February, 2023 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will send a copy of the foregoing electronically to the following:

| | |
|---|---|
| Marie A. Mattox<br>Marie A. Mattox PA<br>*Attorneys for Plaintiff*<br>203 North Gadsden Street<br>Tallahassee, FL 32301<br>P: 850-383-4800<br>E: marie@mattoxlaw.com<br>Donna.hunter@mattoxlaw.com | Michael P. Spellman<br>Matthew J. Carson<br>Sniffen & Spellman PA<br>*Attorneys for Defendants McNeil, Kessling and Arnold*<br>123 N. Monroe Street<br>Tallahassee, FL 32301<br>P: 850-205-1996<br>E: mspellman@sniffenlaw.com<br>mcarson@sniffenlaw.com<br>lkiser@sniffenlaw.com |

THE TOOMEY LAW FIRM LLC
*Attorneys for Defendant Corizon*
The Old Robb & Stucky Building
1625 Hendry Street, Suite 203
Fort Myers, FL  33901
Phone:  239.337.1630
Fax:  239-337.0307
Email:  gat@thetoomeylawfirm.com, alr@thetoomeylawfirm.com, and hms@thetoomeylawfirm.com

By:   /s/ Gregg A. Toomey
     Gregg A. Toomey
     Florida Bar No. 159689