| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| Southern District of Texas (State) | |
| Case number (If known): 23-90086 Chapter 11 | ☑ Check if this is an amended filing |

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  
   Tehum Care Services, Inc.

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names, and *doing business as* names  
   Corizon Health, Inc. and Corizon, LLC

3. **Debtor's federal Employer Identification Number (EIN)**  
   23-2108853

4. **Debtor's address**

   **Principal place of business**
   205 Powell Place  
   Number    Street  
   Suite 104  
   
   Brentwood    TN    37027  
   City    State    ZIP Code
   
   Williamson  
   County

   **Mailing address, if different from principal place of business**  
   Number    Street  
   P.O. Box  
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**  
   Number    Street  
   City    State    ZIP Code

5. **Debtor's website** (URL)

EXHIBIT A

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 1

| | | | |
|---|---|---|---|
| Debtor | Tehum Care Services, Inc. | Case number (if known) | 23-90086 |
| | Name | | |

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☑ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   
   8129

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☑ Chapter 11. *Check **all** that apply*:
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

| | | |
|---|---|---|
| Debtor | Tehum Care Services, Inc. | Case number (if known) 23-90086 |
| | Name | |

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes. District _____ When ____/____/_____ Case number _____
                                    MM / DD / YYYY
           District _____ When ____/____/_____ Case number _____
                                    MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes. Debtor _____ Relationship _____
            District _____ When ____/____/_____
                                                      MM / DD / YYYY
            Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                              Number    Street
                              _____
                              _____   _____   _____
                              City                                      State   ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____
            Contact name _____
            Phone _____

---

| | **Statistical and administrative information** |
|---|---|

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page **3**

| Debtor | Tehum Care Services, Inc. | Case number (if known) | 23-90086 |
|---|---|---|---|
| | Name | | |

| 13. | **Debtor's estimation of available funds** | Check one:<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|---|

| 14. | **Estimated number of creditors** | ☐ 1-49<br>☐ 50-99<br>☐ 100-199<br>☑ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|
| 15. | **Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| 16. | **Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☑ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | **Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>I have been authorized to file this petition on behalf of the debtor.<br><br>I have examined the information in this petition and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on 02/15/2023<br>MM / DD / YYYY<br><br>✗ /s/ Russell A. Perry      Russell A. Perry<br>Signature of authorized representative of debtor      Printed name<br><br>Title Chief Restructuring Officer |
|---|---|---|

| | | | |
|---|---|---|---|
| Debtor | Tehum Care Services, Inc. | Case number (if known) | 23-90086 |
| | Name | | |

**18. Signature of attorney**

✗ ____/s/ Jason S. Brookner____  Date  02/15/2023
Signature of attorney for debtor                          MM / DD / YYYY

Jason S. Brookner
Printed name

Gray Reed
Firm name

1300 Post Oak Blvd., Suite 2000
Number        Street

Houston _____ TX _____ 77056 _____
City                                   State       ZIP Code

469.320.6132                         jbrookner@grayreed.com
Contact phone                        Email address

24033684                             TX
Bar number                           State

| | Fill in this information to identify the case: | | | | |
|---|---|---|---|---|---|
| | Debtor name | Tehum Care Services, Inc. | | | |
| | United States Bankruptcy Court for the: | Southern District | District of | Texas | |
| | | | | (State) | |
| | Case number (If known): | 23-90086 | | | ☐ Check if this is an amended filing |

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | St. Alphonsus<br>1055 North Curtis Road<br>Boise, ID 83706-1309 | Keely Duke<br>ked@dukeevett.com<br>208-342-3310 | Medical Services | C, D, U | | | Unknown |
| 2 | St. Lukes<br>190 E. Bannock<br>Boise, ID 83712-6241 | Wendy Olson - Stoel Rives LLP<br>Wendy.olson@stoelrives.com | Medical Services | C, D, U | | | Unknown |
| 3 | Capital Region Medical Center / Curators of the University of MO<br>1125 Madison Street<br>Jefferson City, MO 65102-1128 | Patrick Stueve<br>stueve@stuevesiegel.com<br>816-714-7100 | Medical Services | C, D, U | | | $12,000,000 |
| 4 | Maxim Healthcare<br>12558 Collections Center Drive<br>Chicago, IL 60693 | Erno Lindner<br>elindner@bakerdonelson.com<br>423-209-4206 | Staffing Services | C, D, U | | | $5,000,000 |
| 5 | Blue Cross Blue Shield of MI<br>600 East Lafayette Boulevard<br>Detroit, MI 48226-2996 | Paul Wilk, Jr.<br>Paul.wilk@kitch.com<br>313-965-7848 | Medical Services | C, D, U | | | $3,500,000 |
| 6 | GHR General Healthcare Resources<br>2250 Hickory Road, Ste. 240<br>Plymouth Meeting, PA 19462 | Jessica Glatzer Mason<br>jmason@foley.com<br>713-276-5793 | Staffing Services | C, D, U | | | $3,400,000 |
| 7 | Rifkin Law Office<br>3630 High Str. Ste. 18917<br>Oakland, CA 94619 | Lori Rifkin<br>lrifkin@rifkinlawoffice.com<br>510-414-4132 | Litigation | C, D, U | | | $2,631,593 |
| 8 | Arizona DOC<br>Struck Love Bojanski & Acedo, PLC<br>3100 W. Ray Rd, Ste 300<br>Chandler, AZ 85226 | Tim Bojanowski<br>bojanowski@strucklove.com<br>480-420-1604 | Indemnification | C, D, U | | | $2,615,496 |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        page 1

| Debtor | Tehum Care Services, Inc. | | Case number (*if known*) | 23-90086 |
|---|---|---|---|---|
| | Name | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Highwoods Properties P.O. Box 409355 Atlanta, GA 30384 | Ronn Steen Ronn.steen@thompsonburton.com 615-465-6010 | Commercial Lease | C, D, U | | | $2,000,000 |
| 10 | Cameron Regional Medical Center 1600 East Evergreen Cameron, MO 64429 | Mark Cole mcole@spencerfane.com 913-345-8100 | Medical Services | C, D, U | | | $1,500,000 |
| 11 | Mercy Hospital (MO) 1400 US Highway 61 Festus, MO 63028-4100 | Lisa Manziel info@manziel.com 214-369-5500 | Staffing Services | C, D, U | | | $1,250,000 |
| 12 | HCA Health Services of FL 2020 59th Street West Bradenton, FL 34209-4604 | David Tassa dtassa@kslaw.com 213-443-4335 | Medical Services | C, D, U | | | $986,000 |
| 13 | New York State Nurses Association Pension Plan Bldg. 3, Pinewest Plaza Albany, New York 12205 | Jonathan M. Cerrito Cohen Weiss and Simon jcerrito@cwsny.com 212-356-0211 | Pension Obligation | | | | $500,000 |
| 14 | Capitol Eye Class Action 1705 Christy Drive, #101 Jefferson City, MO 65101 | Blake Marcus Blake.m@carsoncoil.com 573-636-2177 | Medical Services | C, D, U | | | $450,000 |
| 15 | Microsoft P. O. Box 844510 Dallas, TX 75284-4510 | Amy Scoville amdevi@microsoft.com 701-492-3529 | Trade Vendor | | | | $390,000 |
| 16 | Supplemental Healthcare P.O. Box 27124 Salt Lake City, UT 84127-0124 | Fariha Haider fhaider@shccares.com 832-404-6708 | Trade Vendor | | | | $360,045 |
| 17 | Alight P.O. Box 95135 Chicago, IL 60694-5135 | Jessica Lazenby Jessica.lazenby@alight.com | Trade Vendor | | | | $345,000 |
| 18 | Halo Branded Solutions 3182 Momentum Place Chicago, IL 60689-5331 | Scott Schaefer Scott@schaeferslaw.com | Trade Vendor | | | | $172,000 |
| 19 | BDO P.O. Box 642743 Pittsburgh, PA 15264-2743 | Randy Wise Randy.wise@abc-amega.com 716-885-4444 | Professional Services | C, D, U | | | $163,000 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 20 | Truman Medical University Health Office of General Counsel 2301 Holmes Street Kansas City, MO 64108 | Claire Hillman 816-404-3628 | Litigation | C, D, U | | | $150,000 |
| 21 | Cell Staff 1715 N Westshore Boulevard Tampa, FL 33607 | Mike Landon mlandon@cellstaff.com 813-977-0648 | Trade Vendor | C, D, U | | | $149,767 |
| 22 | Vang, Ka et al c/o Webb Law Group 466 W. Fallbrook Ave., #102 Fresno, CA 93711 | Lenden Webb lwebb@webblawgroup.com 559-431-4888 | Agreement | | | | $147,314 |
| 23 | Dell Financial Services, LLC P.O. BOX 6547 Carol Stream, IL 60197-6547 | Richard Villa collections@slollp.com 512-236-9903 | Trade Vendor | | | | $140,000 |
| 24 | WhiteGlove Placement 89 Bartlett Street Brooklyn, NY 11206 | Linda Markowitz lmarkowitz@whiteglovecare.net 718-387-8181 x 133 | Trade Vendor | | | | $119,809 |
| 25 | Liftforward / Hitachi / Mitsubishi P.O. BOX 1880 Minneapolis, MN 55480-1880 | Mark Magnozzi mmagnozzi@magnozzilaw.com 631-923-2858 | Trade Vendor | C, D, U | | | $101,000 |
| 26 | Nephrology and Hypertension Associates L.L.P. 1205 West Broadway Columbia, MO 65203 | Thomas Riley triley@rsb.com 573-642-7661 | Medical Services | C, D, U | | | $82,000 |
| 27 | Canon Financial 14904 Collections Drive Chicago, IL 60693-0149 | Brian Fleischer bfleischer@fleischerlaw.com 856-489-8977 | Trade Vendor | C, D, U | | | $78,000 |
| 28 | Newman, Kathleen c/o TGH Litigation LLC 28 N. 8th Street, Suite 317 Columbia, MO 65201 | J. Andrew Hirth andy@tghlitigation.com 573-256-2850 | Agreement | | | | $75,000 |
| 29 | Willis Towers Watson 29754 Network Place Chicago, IL 60673-1297 | RMS LLC 888-545-4170 | Professional Services | C, D, U | | | $70,727 |
| 30 | Bio-Rad Laboratories, Inc. 1000 Alfred Nobel Drive Hercules, CA 94547 | Thomas Burg thomas@bbslaw.com 650-857-9500 | Trade Vendor | C, D, U | | | $62,000 |